```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| MELISSA SETTLEMYER, | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION NO. 11-150-J |
| v. | ) |
| | ) JUDGE DIAMOND |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) [Filed Via ECF] |

## ORDER

AND NOW, this _____ day of _____, 2012, upon consideration of Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act and the Commissioner's Response thereto, it is hereby,

ORDERED that Plaintiff, Melissa Settlemyer is awarded attorney fees under the EAJA in the amount of Three Thousand Nine Hundred Eleven dollars and Forty-three cents ($3,911.43).  These attorney fees will be paid directly to Plaintiff, Melissa Settlemyer, and sent to the business address of Plaintiff's counsel.  Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.  If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

_____
UNITED STATES DISTRICT JUDGE